IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15922-mdc |
|---|---|
| DOROTHY CONNOLLY MRAZ, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #4-1)** filed by **National Bear Hill Trust for Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 4-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 4-1 on the Claims Register forthwith**.

**National Bear Hill Trust for Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 6, 2017.

Dated: January 19, 2017

BY THE COURT:

_Magdeline D. Coleman_
Hon. Judge Magdeline D. Coleman
U.S. Bankruptcy Court Judge