United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15922-mdc
Dorothy Connolly Mraz                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jan 20, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.
db             +Dorothy Connolly Mraz,    9 Woodchuck Way,    Kennett Square, PA 19348-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANDREW F GORNALL    on behalf of Creditor    M&T Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARTIN A. MOONEY    on behalf of Creditor    Volkswagen Credit, Inc. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
      MICHAEL G. DEEGAN    on behalf of Debtor Dorothy Connolly Mraz mgdeegan@comcast.net
      PETER J. ASHCROFT    on behalf of Creditor    National Bear Hill Trust for Ditech Financial, LLC pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
      THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15922-mdc |
|---|---|
| DOROTHY CONNOLLY MRAZ, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #4-1)** filed by **National Bear Hill Trust for Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 4-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 4-1 on the Claims Register forthwith**.

**National Bear Hill Trust for Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 6, 2017.

Dated: January 19, 2017

BY THE COURT:

_____
Hon. Judge Magdeline D. Coleman
U.S. Bankruptcy Court Judge